Sorry for the extra effort, but my mind is hardwired for a round of appellate work. My next case is Philips N.V. v. Quectel Wireless Solutions Co. Ltd. 2023-1896. Mr. Beck. Thank you, Your Honor. So this patent at issue in this appeal, the 216 patent, there's just one claim at issue. It has the same specification as the 028 patent discussed in the prior appeal, but this claim actually is directed to a situation where there's an interruption to transmission on existing channels. And that's explicit in the plain language of the claim. The limitation that I'd like to focus on a bit is directed to that issue, which is what we've called limitation 9b, where there's setting an initial transmission power following the interruption. So the first transmission that happens after existing channels have an interruption, intentional or unintentional, and the power control is lost. So the question is how to address that. The solution is you apply an offset. So look at the one option, which would be to apply the same transmission power that the mobile station used prior to the interruption. The claim solution is described at column 5, and what that says is don't do that. Apply an offset to that initial transmission. And the last element says that that is determined by a weighted average of the transmission power before the interruption. So it's looking back historically. So the prior arc here, again, describes a situation that addresses this issue as well, but it does it in a different way. And it actually does it in a way that the patent talks about and represents. Just to be clear, in your claimed invention here, in this particular appeal, there's no request for resources or acknowledgement happening here. This is just a temporary interruption where the logical connection has been maintained. That's correct, Your Honor. No request, no acknowledgement because it's not necessary because the logical connection is maintained. Maybe there's like a five-second interruption or something like that. I don't know the exact timing, but these mobile phones are programmed. They operate to intentionally interrupt transmission to see if there's a base station that might have a better signal. So that's an intentional interruption. There's the ones we talked about driving underpass, but you get back quick enough. So what the solution is, there's nothing about a delay. The solution is apply an offset. So the reason for that, that the patent describes, is in that time that I've been driving, maybe it was quick, but I may be driving away from the base station. And if I'm driving away from the base station, all things being equal, I'm probably going to, when I resume, I need to, the mobile station should be transmitted at a higher power level. So the idea of the offset is let's look at a way to immediately set the initial data transmission, the first one following the interruption, with a higher power level. Now the distinction that's important relative to the Egan reference, and there's kind of an intertwined claim construction and technical issues here, Your Honor, is that Egan talks about a process where you have to adjust the step size adjustments are applied. And that happens after that first transmission. So in the first transmission, according to the invention, there's an offset applied. In Egan, we don't know what the first transmission is. It doesn't speak to it. But we do know this. We know that Egan is concerned with figuring out how much adjustment should be made. If it gets a power control command saying increase or decrease from the base station, Egan says, well, normally I'd adjust it a little bit, like 1 dB. Now for a period following interruption, I'll adjust it 2 dB, because that will get me to my target power faster. That's what Egan describes. And relevant to the claim construction issue, the patent actually describes another solution, very similar to Egan, in reference to Figure 4, where it applies a step size adjustment that might not be the standard step size adjustment. And we raised, granted it's a technical argument to the board, we said in Egan, it's not applying, first, there's nothing that says anything about the initial transmission, number one. And number two, even if there is some adjustment on the initial transmission, what's being applied is not an offset. It's a step size adjustment, which is 1 or 2 dB. It's not something that can vary in magnitude the way an offset may. And the most important distinction, in my mind, is that the step size adjustment requires feedback from the base station. So in order for that base station to tell the mobile, increase or decrease your power, and that's all it does, it just says, it's a power control command. It's a single bit. Zero means lower the power. One means increase the power. For the base station to figure that out, it has to take measurements from the prior transmission from the mobile station. So we pointed this out. Look, Egan doesn't tell me anything about initial transmission. And to the extent we apply what Egan says, it says you have to. In figure three, which is what Coictel relied on, the whole left side of that figure is about the base station providing feedback, telling the mobile station whether to increase or decrease. And that requires a measurement. I guess the question I have here is that Egan talks about this power control loop and talks about getting the transmissions going after an interruption. He talks about using this particular algorithm where you figure out whether the step size you're going to use is a delta 1 or a delta 2. And I think I understand the board is saying that's for all transmissions after an interruption, including the very initial transmission. And your question is, okay, but which power level can the system choose for the very first transmission after an interruption? And I think the board is saying, well, you just, by default, use whatever power level there was before the interruption occurred. And then I understand the claim says, well, you use that old power transmission level plus an adjustment, right? I don't fully understand the board's reasoning on the timing. One critical issue in our view is, in Egan's system, is there any adjustment made whatsoever on the first transmission? And our expert said, it's silent. We don't know. The obvious thing for it to do maybe would be to just use the same power level where it left off. And the board seems to acknowledge that. And somehow I have the impression they thought that that meets the claim language, but it just does not. What if we were to read the board decision as saying, well, not only do you use that old power level right before the interruption, but you also use whatever was the last available power control command in Egan before the interruption. And you apply that power control command to that last occurring transmission level. So you do have not only the adjustment size from Delta 1, Delta 2, but you also have the adjustment direction up or down. Why would that be an unreasonable reading of Egan? Assuming this is, in fact, what the board found. Well, there's two problems with that. As a factual matter, Egan itself says at the top of column two that during the time of the interruption, power control is suspended, there's no signals coming from the base station. I accept that in my hypothetical, that you aren't getting any feedback or information transmitted back and forth during the interruption. And so what you're relegated to doing is using last available information. Last available information on power level, last available information on power control command up or down. Well, I think there's an assumption about using the last available power control command. I mean, if it got a power control command, if there's a transmission prior to the interruption, got a command, it sends a transmission after adjusting based on that command. There's nothing in Egan that suggests there would be an additional one that you just hang on to. But assuming that, you know, if the board thought that way and that's what they were saying, we also pointed out, and I think the board acknowledged, that applying an offset as the claim requires is not the same as a step size adjustment. And the reason is, you know, we articulated this, that an offset is a one-time adjustment, you know, and it can have a varying magnitude. It's not a fixed magnitude. And most importantly, it's based on the step size adjustment requires this feedback from the base station. So if you're not getting it, I realize this is going back to the earlier point, but if you're not getting that feedback from the base station, there's no ability for Egan to make that adjustment. And I guess one of our biggest concerns with the opinion was we made these arguments, but the board just didn't seem to address them, you know, specifically about Egan. And that was in our survey reply. Notably, neither of the board's opinions addressed anything we said in the survey reply on this point. What the board did point to was its own initial findings, which, you know, frankly, our impression was they didn't fully understand the invention. And it was a preliminary finding. I mean, that's fair. We tried to clarify it immediately in our response, and we didn't see anything where the board addressed it. And then in their denial of it. This is what I'm trying to figure out about Egan, figure three. Yes, Your Honor. And Egan needs to have an initial transmission after an interruption. Everybody agrees with that. Egan doesn't explain expressly what that initial transmission would look like. But I think it's fair to assume that you would just draw from, as a default, whatever was the last power level before the interruption occurred. Then the next question is would you nevertheless still add a delta one, delta two to that last power level for your initial transmission after an interruption, and then do an up or down adjustment to that last power level? And I guess the question I have as a technical matter is would you really do that, because by the time you are doing an initial transmission after an interruption, that power control command up or down is now outdated to a certain degree. We're already several slots past in terms of time. That's exactly right, Your Honor. I mean, there's no indication you retained this prior power control command. But if you did, it may not be valid for the reason you just pointed to. Did your expert say anything like that? Our expert first said it was silent. Our expert talked quite a bit about the difference between step size adjustment. I don't recall that they expressly said anything about valid power control or invalid power control. But he certainly described in great detail the purpose of the invention and why it was different than this other concept of using the step size adjustment. Now, we got a, there was a so-reply from ClockTel. And in the so-reply, they kind of denied everything. And at that point, we couldn't bring in more expert testimony. What we did bring in was AIGN itself. I mean, I think the best evidence of how someone would understand AIGN is AIGN itself, which says there's no power control commands coming during an interruption. So I think it's speculation to say that you retain a power control command. And for the point I think you alluded to, Your Honor, it makes no sense. Because in that time period, you may be driving away from the base station. The last command might say decrease your power. You know, when you really should be increasing it at that point. And so as you can see here, full time is almost expired. We'll give you two minutes for a vote. Thank you, Your Honor. Mr. Courtney. Thank you, Your Honor. Robert Courtney from Fish and Richardson for QuackTel. I think the exchange that my colleague representing Phillips just gave illustrates that this is very much a technical argument that Phillips is advancing. And Judge Chen, you asked, I think, correctly, why is what the board did unneeded. Right? We're under deferential review as to these fact determinations. Did the board address the power control command issue at all? Yes. The short answer is yes. The board addressed it in two different respects. The first is it addressed this argument that Phillips has presented that an offset, the clean turn offset requires a different treatment for the initial communication than for any other communication. The board described that there's no hint of that in the specification or the claims. In fact, it's cited to the specification where it says the offset can be mapped to the steps. And you can have a one-to-one mapping. The offset and the step size can be the same. The board expressly considered and rejected the idea that the offset is this special creation that only is used for this initial communication. So that's the first. And then it also, and by the way, I want to emphasize, that determination by the board is wholly consistent with the exact same determination that the examiner made when he rejected these claims over Agin. These claims were rejected over Agin. Right, but that office action was pretty conclusory. It just said Agin teaches the following. See the claim. It doesn't really explain how to answer for this one question that has been raised by the other side and has been raised consistently throughout, which is the idea of what in the world do you do about applying an up or down power control command to that very first transmission after an interruption when you haven't been receiving or sending any control information back and forth during the interruption? How in the world, once you start firing things back up, do you know whether to go up or down with your step size? And so I want to, that issue, the up or down issue, I'm not aware of that being developed in the record by any party. Let's assume that it is. Let's assume that it is. Yes. Yes, that in the patented response they highlighted this. They highlighted a lot of different things, but one of the things they highlighted was this question of the problem with Agin's initial transmission after an interruption is it doesn't have the power control command information necessary in order to even apply its delta one or delta two because it doesn't have on hand anything usable from the base station on that score. So I think what we have is the experts who analyzed this, Dr. Ding and Dr. Jackson, and both of them agreed that in these systems, the offset when these systems encounter interruption and transmission all the time, and they always apply the delta offset. And Dr. Jackson specifically said this. This is at Appendix 1495. The question was, in here, the delta resume offset is being used after every transmission gap, correct? Answer, yes. That's hyphen. I mean the delta resume is used after the transmission gap. So this was not a matter of dispute that these delta offsets were going to be applied. Hold on. This is the whole dispute, you know. For the initial transmission, you know, you can just look at the patented response at 8325. They make it very clear that for that initial transmission, there's just no up or down control command available. Why? Because there's been no uplink signal from the mobile station for the base station to measure because of the interruption. And so what you just quoted from Dr. Ding doesn't, he says, just asserts, yes, you're going to use your step size, you're going to use the delta for every single transmission, but he doesn't explain anything about the power control command. You need a lot of different pieces. You need whatever is your baseline power level. You need to know the size of your step size delta. And you also need to know a third thing, the up or the down. Are you going to increase the power level by the delta, or are you going to decrease the power level by the delta? I don't see Dr. Ding saying anything about that, and I also don't quite see but heard answering this very specific question. So a couple of responses. First, what I just read is Dr. Jackson. It's not Dr. Ding. It's their expert. Second, I think the board does address this when it says it would only be logical, right, if you're trying to restore a communication and you're making an adjustment to step size, which is what Agen says, right? There's a timer that's running, and if the attempt at restoration is within the timer, you have one step size, and if the attempt at restoration is outside the timer, you have a different step size. The board describes this in detail. And then the board says it would be logical if you're adjusting the step size, you're going to have communications that reflect that adjustment. That's why you did it in the first place. Now, does the board use the words up or down? No, it doesn't. But it certainly considered these arguments, and it cites to the record, and it finds Dr. Ding's explanation that this is the basic logic of signaling more persuasive. It makes an express credibility determination. Right. Other than the statement that the board made concerning that it would be logical, I don't see where the board addressed the pilot control command issue at all. It seems to me they bypassed that. Respectfully, I think the board's decision is best understood. They don't dispute that during a gap in transmission, there's not an active exchange. We know that. What the board, what we know the board is saying, and I think it's well supported by the record, is it's going to use available information. I've been handed Appendix 16, where the board expressly describes how AGAN describes using Delta 1 and Delta 2 and combining them with up or down power control commands to obtain the resulting power control commands. So the board certainly did consider this issue. I think we're now in this special case that Phillips has posited where the initial has special importance. The board rejected that as a matter of claim construction. That rejection was correct. But even were that the correct claim construction, the board has expressly analyzed this issue and found The question still remains, where does AGAN get the power control command for the initial transmission after an interruption? There hasn't been any immediately proceeding communication of control information between the mobile station and the base station. So where is it coming from? So AGAN expressly describes using the power control apparatus as it existed prior to the interruption, right? Does it actually say that? Does it actually say expressly? You just said it expressly says... I'm sorry. The board made that finding. I don't want to overstate what AGAN actually says in its text. The board made the finding... Right. And then the next question is, what justification do they have? Again, as a technical matter, why would you use a stale, outdated power control command from several clips of time before and choose to then make an adjustment to your power level away from whatever the power level happened to be before the interruption? It feels a little random, I guess is what I'm wondering. And I think there is an element here. We are coming out of a period of no information, right? All parties recognize that. And the board is saying, I think, a couple things. Number one is you have to make a decision. You have to start somewhere, right? There's really only three things you can do. You can go up, you can go down, you can stay the same, right? And the board is saying, logically, it would make logical sense. One could make a logical argument for any of those three. I would submit. And maybe we're in a KeneMetal situation where all three of them are being dismantled. Let's not talk about KeneMetal in this case. But I do think we are in a world where a person of skill reading this understands that the number of options you can apply for setting that initial power level is very limited. And Dr. Ding and Dr. Jackson both explain that these systems, when they communicate at that initial power level, are going to use the offset computation that they just computed, as per Egan. Egan describes that offset computation. And I think that's more than sufficient for the board to rest on when it's finding that the disclosure here met the requirements for, you know, winning obviousness technically, but as to this aspect, it's 102. Where did Ding say you would just use that last information, that last control information of moving up or down? I don't know. I mean, I'm not aware of him saying using up or down. But he certainly said you would combine the offset with the minimum power state and use that way. The up or down, I have to look at the record. How else would you adjust power if not up or down? And I think that's very much the board's point, is to say. You just don't make the point. I'm not satisfied with the answers to my question that the board actually addressed the issue. I mean, we're talking about claim language, simply mean for adjusting power level in response to power control commands, and then setting initial power after an interruption. And I guess I could accept the board's logic, but I'd like to see the written finding just said. I mean, there's a finding on this point. I believe it's at Appendix 13. I can double-check that. Where the board expressly says that would be logical, and that's what's required for disclosure under these circumstances. And it relies on Dr. Dame's testimony, and it notes that Dr. Jackson said as to this point there was not an express disclosure in AGAN, and he's correct. There isn't an express disclosure in AGAN on this point. But when you look at the larger context of how these systems work, and when you consider Dr. Jackson's testimony at deposition confirming that that offset is going to be applied every time. He doesn't describe up or down, but he does describe its application every time there's a gap in communications. I think that's very much a sufficient evidentiary basis for the board to make its finding, you know, as part of its technical fact-finding role to say that the AGAN has the necessary disclosure. And again, that's on all floors with the file history here where AGAN was expressly before the office. And I'm corrected if – I see this is Appendix 38. We see this again. I believe this is in the rehearing decision by the board. Again, laying out how this is a finding they're making that it's logical for a person of skill reviewing AGAN to conclude that it's given the necessary starting point for that initial communication. Anything further, counsel? My colleague did not raise any of the issues regarding motivation to combine, so we'll rest on the briefs for that. Thank you, Mr. Coffman. Mr. Beck has a couple of minutes for that. Thank you, Your Honor. I want to address one point about quantizing. I think it's – I don't know if my colleague used that term, but what he was referring to, the board seemed to weigh heavily this remark in the specification that the value of the offset can be quantized to the value of an available step size. And just to be clear on what that means, because the first time I read it it wasn't clear to me, but what it means is you calculate your offset, say it's 5.4 dB, and your available step size, the increments that you routinely use to adjust step size, that has a value that happens to be 2 dB. Then because it's easier for the system, because it works in those increments, it says quantized, so making it integer or multiple of whatever the step size is, magnitude is. So if the magnitude is 2, you round up to 6, so it's 3 times. 6 is not 2. And so it might have the same – it's an integer value of the value of a step size. That doesn't mean that step size is the same as an offset according to claims. And the bigger point, I think, not just that it would have – it often has a different magnitude. That doesn't tell you anything about whether to increase or decrease. You know, the key part of the step size adjustment is requiring this feedback from the mobile station. Again, it doesn't say what its initial transmission is at all, ever, and to the extent you can infer what it would be, it would be don't apply anything on the first transmission because anything we had was no longer valid. For those reasons, we ask for the board's finance to be vacated. Thank you to both counsel and the case is submitted.